No. 09-10776. Gary Hallford, Petitioner v. Superior Court of California, Sacramento County, et al.

561 U.S. 1032, 130 S. Ct. 3537, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5465, ■

June 28, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

No. 09-10777. Jamil Gandy, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.

561 U.S. 1033, 130 S. Ct. 3521, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5371.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-10785. William Henry Harrison, aka Allah-God Kundalini Isa Allah, Petitioner v. Harrell Watts, et al.

561 U.S. 1033, 130 S. Ct. 3521, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5386.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 350 Fed. Appx. 835.

No. 09-10793. Adron L. Floyd, Petitioner v. Lawrence A. Stelma, Sheriff, Kent County, Michigan, et al.

561 U.S. 1033, 130 S. Ct. 3521, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5336.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10797. Maria Jackson, Petitioner v. The Scotts Company.

561 U.S. 1033, 130 S. Ct. 3522, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5511.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 356 Fed. Appx. 513.

No. 09-10801. Jason L. Schmidt, Petitioner v. Montana.

561 U.S. 1033, 130 S. Ct. 3522, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5379.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 354 Mont. 280, 224 P.3d 618.

No. 09-10826. Phillip Eugene Parmley, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.

561 U.S. 1033, 130 S. Ct. 3522, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5464.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 586 F.3d 1066.

No. 09-10830. Jack Harold Jones, Jr., Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.

561 U.S. 1033, 130 S. Ct. 3522, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5463.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.